**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-00278-REB

NORMA A. GARAVAGLIA, individually and on behalf of all others similarly situated,

 Plaintiff,
v.

THE WESTERN UNION COMPANY,
HIKMET ERSEK, and
SCOTT T. SCHEIRMAN,

 Defendants.

## ORDER REASSIGNING CASE

**Blackburn, J.**

 After conferring with the Honorable Marcia S. Krieger, Chief Judge of the United States District Court for the District of Colorado, and with her consent and approbation, this case should be reassigned to Chief Judge Krieger.

 **THEREFORE, IT IS ORDERED** that pursuant to D.C.COLO.LCivR 40.1(a)., this case shall be **REASSIGNED** to the Honorable Marcia S. Krieger, Chief Judge of the United States District Court for the District of Colorado.

 Dated February 3, 2014, at Denver, Colorado.

           **BY THE COURT:**

           *Bob Blackburn*
           Robert E. Blackburn
           United States District Judge